# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2018

156332

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MICHAEL TALLY HOLMES,
     Defendant-Appellant.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 156332
COA: 337417
Wayne CC: 14-011187-FC

On order of the Court, the application for leave to appeal the July 6, 2017 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Straughter* (Docket No. 156198) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018



Clerk

d0625p